UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. **03-72806** |
| ) | |
| ABDUL K. FAKIR, and ) | HON. |
| PIPER G. FAKIR, ) | |
| ) | ARTHUR J. TARNOW |
| Defendants. ) | |

COMPLAINT    MAGISTRATE JUDGE R. STEVEN WHALEN

The United States of America, pursuant to 26 U.S.C. § 7401, at the direction of the Attorney General of the United States and with the authorization of a delegate of the Secretary of the Treasury, brings this civil action against the defendants named above in order to reduce to judgment federal joint income tax assessments made by the Internal Revenue Service against Abdul K. Fakir and Piper G. Fakir (hereinafter "Taxpayers"), as set forth more fully herein. For its complaint, the United States alleges that:

1. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1340 and 1345, and 26 U.S.C. § 7402(a).

2. Taxpayers reside at 19107 Burlington Drive, Detroit, Michigan 48203.

3. On or about the following dates, a delegate of the Secretary of the Treasury made the following joint income tax assessments in the following amounts against Taxpayers, jointly and severally, for the tax years:

| YEAR | DATE OF ASSESSMENT | INCOME TAX | PENALTIES | INTEREST |
|---|---|---|---|---|
| 1988 | September 20, 1993 | $46,724.00 | $17,773.33 | $23,294.50 |
| 1990 | October 18, 1993 | $13,855.00 | $2,823.20 | $1,754.16 |
| 1991 | July 26, 1993 | $145,194.00 | $44,145.17 | $16,078.12 |
| 1992 | July 4, 1994 | $97,029.00 | $33,319.50 | $9,769.85 |
| 1993 | September 26, 1994 | $118,578.00 | $6,836.80 | $2,986.28 |
| 1994 | May 29, 1995 | $157,707.00 | $8,901.80 | $1,886.57 |
| 1995 | May 20, 1996 | $128,545.00 | $3,046.71 | $494.48 |
| 1996 | October 13, 1997 | $127,254.00 | $10,070.47 | $1,924.69 |
| 1997 | July 5, 1999 | $132,893.00 | $47,915.54 | $14,470.06 |
| 1998 | February 28, 2000 | $149,644.00 | $40,394.36 | $11,281.02 |
| 1999 | January 1, 2001 | $148,667.00 | $22,625.95 | $8,400.37 |
| 2000 | April 9, 2001 | $142,342.00 | $9,082.03 | $3,435.28 |
| 2001 | November 25, 2002 | $74,128.00 | $5,521.05 | $2,611.48 |

4. After the dates of the assessments set forth above, a delegate of the Secretary of the Treasury gave notice of the respective assessments and made demand for payment of the assessments upon Taxpayers.

5. Despite such notice and demand, Taxpayers have failed, neglected or refused to pay their tax liabilities in full, and, after the application of all abatements, payments and credits, Taxpayers remain liable, jointly and severally, to the United States for the unpaid assessed

balance of $1,374,250.00, and a total outstanding balance, including accrued interest as of June 30, 2003, in the amount of $2,606,637.67.

WHEREFORE, the United States of America prays for judgment in its favor and against Taxpayers as follows:

A. That the United States be granted judgment against the defendants Abdul K. Fakir and Piper G. Fakir, jointly and severally, for the assessments described in the complaint, less any credits, plus interest, penalties and other costs accruing under law since the dates the assessments were made;

B. That the Court grant the United States its fees and costs, and such other and further relief as the Court deems proper.

JEFFREY G. COLLINS
United States Attorney

_/s/ Ellen C_____

Assistant U.S. Attorney

_/s/ Elizabeth Lan_____

ELIZABETH LAN
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6550