

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

    PLAINTIFF,

VS.

ABDUL K. FAKIR and
PIPER G. FAKIR

    DEFENDANT.

CIVIL ACTION NO. 03-72806
HON. ARTHUR J. TARNOW

U.S. DISTRICT JUDGE

_____/

### ORDER FOR ADMINISTRATIVE CLOSING DUE TO BANKRUPTCY STAY

On March 7, 2005 the Court was notified that above-named defendants declared bankruptcy. Now, therefore;

IT IS HEREBY ORDERED that this case is closed for administrative purposes without prejudice.

IT IS FURTHER ORDERED that this closing does not constitute a dismissal or a decision on the merits.

IT IS FURTHER ORDERED that when the bankruptcy stay has been removed this case may be reopened on motion of any party.

                              ARTHUR J. TARNOW
                              UNITED STATES DISTRICT JUDGE

DATED: Mach 11, 2005

CC:    Wallace M. Handler, Elizabeth Lan Davis